UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO VASQUEZ,<br><br>          Plaintiff,<br><br>     vs.<br><br>ALLIED WASTE SYSTEMS, INC.,<br><br>          Defendant. | Case No.: 4:13-cv-05608-YGR<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR MORE DEFINITE STATEMENT** |

On December 11, 2013, Defendant filed a Motion for More Definite Statement Pursuant to FRCP 12(e). (Dkt. No. 4.) The action was thereafter reassigned to the undersigned Judge. (Dkt. No. 9.) The reassignment order explicitly stated that while "[a]ll hearing dates presently scheduled are vacated and motions should be renoticed for hearing before the judge to whom the case has been reassigned[, b]riefing scheduled remain unchanged." (*Id.*) Accordingly, Plaintiff's opposition was due on December 26, 2013. To date, Plaintiff has failed to file an opposition. Moreover, Defendant filed a Notice of Non-Opposition to Defendant Allied Waste Systems, Inc.'s Motion for More Definite Statement Pursuant to FRCP 12(e) on December 30, 2013. (Dkt. No. 11.)

Because Plaintiff has failed to file an opposition as required under the Civ. L.R. 7-3(a) and the reassignment order, Defendant's Motion for More Definite Statement is **GRANTED** in its entirety. Plaintiff is hereby **ORDERED** to file an amended complaint containing a more definite statement on the issues raised in the Motion within fourteen (14) days of the date of this Order.

The hearing date of January 21, 2014, based on Defendant's re-notice of the pending motion, is hereby **VACATED**.

This Order terminates Dkt. No. 4.

**IT IS SO ORDERED**.

Dated: January 3, 2014

_____
**YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE**