United States District Court
Northern District of California

1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**NORTHERN DISTRICT OF CALIFORNIA**

8
9
10
11

**PEDRO VASQUEZ,**

**Case No.:  13 -CV-5608 YGR**

12

**Plaintiff,**

13

**v.**

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

14

**ALLIED WASTE SYSTEMS INC.,** *et al.*,

15

**Defendants.**

16
17
18

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

19
20

The Court has reviewed the parties' updated Case Management Conference Statements and is

satisfied that the above case is proceeding as scheduled.  Accordingly, the Case Management

21

Conference currently set for August 11, 2014 is **VACATED**.

22
23

The parties are reminded to follow the Court's standing order regarding motions for summary

judgment.

24

**IT IS SO ORDERED**.

25

Date: **August 6, 2014**

_____

26

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

27
28