JOHN T. NEJEDLY, Bar No. 251971
johnnejedly@yahoo.com
LAW OFFICES OF JOHN T. NEJEDLY
P.O. Box 4962
Walnut Creek, CA 94596
Tel: 925.389.7023

STACEY E. JAMES, Bar No. 185651
sjames@littler.com
LILIYA STANIK, Bar No. 259977
lstanik@littler.com
LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, California 92101.3577
Telephone: 619.232.0441
Facsimile: 619.232.4302

Attorneys for Defendant
ALLIED WASTE SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO VASQUEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>ALLIED WASTE SYSTEMS INC. and DOES 1-10,<br><br>   Defendant. | Case No. 13-CV-05608 YGR<br><br>**STIPULATED MOTION TO DISMISS**<br>*AS MODIFIED BY THE COURT* |

In accordance with Rules 41 and specifically 23(e) of the Federal Rules of Civil Procedure, the parties in this matter hereby submit this Stipulated Motion to Dismiss in preparation for the upcoming Conference on August 11, 2014.

/ / /

/ / /

JOINT CASE MANAGEMENT CONFERENCE STATEMENT                Case No. 13-CV-05608 YGR

1. Motion

    Plaintiff, having had time to investigate his concerns and allegation continues in his employment at Allied Waste. Plaintiff finds the pending action counterproductive to his continued employment and wishes to end the cause of action as it currently exists.

2. Other Matters

None.

Dated:   August 8, 2014          Liliya Stanik

                                 s/ Liliya Stanik (with permission)
                                 Stacey E. James
                                 Liliya Stanik
                                 LITTLER MENDELSON, P.C.
                                 Attorneys for Defendant
                                 ALLIED WASTE SYSTEMS INC.

Dated:   August 8, 2014          John T. Nejedly

                                 s/ John T. Nejedly
                                 John T. Nejedly
                                 LAW OFFICE OF JOHN T. NEJEDLY
                                 Attorneys for Plaintiff
                                 PEDRO VASQUEZ

No later than August 22, 2014, the parties shall file with the Court a proposed form of Order of Dismissal for the Court's approval.

JOINT CASE MANAGEMENT CONFERENCE STATEMENT     2.     Case No. 13

8/18/14

IT IS SO ORDERED
AS MODIFIED

Judge Yvonne Gonzalez Rogers

8/18/14