# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO VASQUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALLIED WASTE SYSTEMS INC. and DOES 1-10,<br><br>　　　　Defendant. | Case No.  13-CV-05608 YGR<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL** |

On August 18, 2014, the above-captioned Court granted the Parties' Stipulated Motion to Dismiss (As Modified By The Court).  Accordingly, case number 13-CV-05608 YGR, captioned as *Pedro Vasquez v. Allied Waste Systems, Inc.*, is hereby **DISMISSED**.

**IT IS SO ORDERED.**

Dated:  August 26, 2014

*[signature]*
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA  92101.3577
619.232.0441

[PROPOSED] ORDER OF DISMISSAL

FIRMWIDE:128516539.1 068119.1141

Case No.  13-CV-05608 YGR